

ORIGINAL

FILED

04/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0485

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0485

DAVID RAFES,

Plaintiffs and Appellants,

v.

ANDY BUTTS,

Defendant and Appellee.

FILED

APR 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Upon consideration of Appellant's motion for an extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 14, 2021, within which to file his opening brief.

No further extensions will be granted.

DATED this 12 day of April, 2021.

For the Court,

By _____
Chief Justice